## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Matthew Wilson, being duly sworn, depose and state the following:

1.  I am a criminal investigator with the United States Marshal Service (USMS). I have been employed with the USMS since March 2010, and I am presently assigned to the Eastern District of Kentucky. My duties include the investigation of fugitive cases. Through the course of my training and past investigations, I have had the opportunity to observe and participate in these types of investigations.

2.  This affidavit is submitted in support of a criminal complaint alleging that EMANUEL CERVANTES did knowingly escape from custody in violation of 18 U.S.C. § 751(a).

3.     Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging EMANUEL CERVANTES with escape, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that EMANUEL CERVANTES committed the offense stated in the complaint.

4.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by Bureau of Prisons and United States Courts.

## PROBABLE CAUSE

5.      On February 23, 2023, EMANUEL CERVANTES was designated by the Attorney General to the custody of the camp at the FCI in Ashland, Kentucky, in the Eastern District of Kentucky. EMANUEL CERVANTES had been in the custody of the Attorney General pursuant to his September 25, 2020, conviction for the commission of conspiracy to possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 846 and 841(a)(1) in the United States District Court in the Northern District of Texas in case no 4:20-cr-115. CERVANTES was not due to be released until September 2035.

6.      On July 7, 2023,  an inmate count was taken at the FCI Camp in Ashland. After the count was concluded, it was found that EMANUEL CERVANTES was not in his unit or otherwise in the facility. On the same day, the Bureau of Prisons (BOP) representatives told USMS that EMANUEL CERVANTES had left the facility without being discharged.

7.      Based on the foregoing facts and circumstances, I respectfully submit there is probable cause to believe that on July 7, 2023, within the Eastern District of Kentucky, EMANUEL CERVANTES, committed the offense of escape

in violation of 18 U.S.C. § 751(a).

Respectfully submitted,

Matthew Wilson Criminal Investigator
U.S. Marshal Service

Transmitted by email and attested to by telephone in accordance with the requirements of Fed.R. Crim. P. 4.1 on ___7/21/2023___, 2023.

Signed By:
Edward B. Atkins
United States Magistrate Judge

EDWARD B. ATKINS
U.S. MAGISTRATE JUDGE